UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHAD A STEVENS,

    Plaintiff,

v.

PUYALLUP POLICE DEPARTMENT,

    Defendant.

CASE NO. 3:18-CV-05358-RJB-DWC

REPORT AND RECOMMENDATION

Noting Date: September 7, 2018

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Chad A. Stevens, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on May 7, 2018. *See* Dkt. 1. As Plaintiff has not kept the Court advised of his current address, the Court recommends dismissing this action without prejudice.

On June 7, 2018, a Court clerk mailed Plaintiff an Order granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and an Order directing Plaintiff to cure the deficiencies of his Complaint. *See* Dkt. 4, 6. The mailings were returned as undeliverable on June 15, 2018 and June 25, 2018. Dkt. 7, 8. On June 27, 2018, the Court advised Plaintiff that if he failed to notify

1 the Court of his current address by August 14, 2018 the undersigned would recommend

2 dismissal of this action pursuant to Local Rule 41(b)(2).[1] *See* Dkt. 9. The June 27 Order was also

3 returned to the Court as undeliverable. *See* Dkt. 10. Plaintiff has not filed a pleading with the

4 Court since May 21, 2018. *See* Dkt. 3.

5       Plaintiff has not keep the Court advised as to his current mailing address. Accordingly,

6 pursuant to Local Rule 41(b)(2), the Court recommends dismissal of this action without

7 prejudice for failure to prosecute.

8       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have

9 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.

10 6. Failure to file objections will result in a waiver of those objections for purposes of de novo

11 review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

12 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on

13 September 7, 2018, as noted in the caption.

14       Dated this 21st day of August, 2018.

                                  /s/ David W. Christel
                                  David W. Christel
                                  United States Magistrate Judge

---

[1] Under Western District of Washington Local Rule 41(b)(2), a party proceeding pro se shall keep the Court and opposing parties advised as to his or her current mailing address. If mail directed to a pro se plaintiff by the Clerk is returned by the Postal Service, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute.